**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  ESTATE OF JANET MORANE : No. 207 MAL 2018
  : 
  : 
PETITION OF:  JAY A. MORANE : Petition for Allowance of Appeal from
  : the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.